[No. 69160-1-I. Division One. August 19, 2013.]

*In the Matter of the Personal Restraint of* JAMES WILLARD
HINTON, *Petitioner.*

Petition for relief from personal restraint. *Granted* and
*remanded with instructions* by unpublished per curiam
opinion.

[No. 70369-2-I. Division One. August 19, 2013.]

*In the Matter of the Detention of* J.G.

THE STATE OF WASHINGTON, *Respondent,* v. J.G., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 12-6-00355-6, Mark L. Gelman, J. Pro Tem.,
entered May 8, 2012. *Affirmed* by unpublished opinion per
Lau, J., concurred in by Leach, C.J., and Spearman, J.

[No. 42436-3-II. Division Two. August 20, 2013.]

MERIDIAN PLACE, LLC, *Appellant,* v. JOHN HAUGHNEY ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-2-08784-6, John R. Hickman, J., entered
June 30, 2011. *Affirmed in part, reversed in part,* and
*remanded with instructions* by unpublished opinion per
Hunt, J., concurred in by Penoyar and Bjorgen, JJ.

[No. 42917-9-II. Division Two. August 20, 2013.]

JAMES BYRON HOLCOMB, *Individually and as Personal
Representative, Appellant,* v. ASSIGNED JUDGE FOR
THE KITSAP COUNTY DISTRICT COURT ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 11-2-02100-1, M. Karlynn Haberly, J., entered
November 17, 2011. *Affirmed* by unpublished opinion per
Fearing, J., concurred in by Johanson, A.C.J., and Quinn-
Brintnall, J.